Appeal dismissed on motion of counsel for the respective parties.

*Clyde Maddox,* for Appellant.

*Robert L. Hughes,* for Appellees.

J. W. Ricketts, *et al.,* Appellants, v. The Baltimore Trust Company, a corporation of Maryland, as Trustee, Appellee.

Appeal dismissed on motion of counsel for Appellee.

*Peters & Kemp,* for Appellants.

*Kurtz & Reed,* for Appellee.

Clewiston Corporation, a corporation organized and existing under the laws of the State of Delaware, Appellant, v. Pelican Lake Sub-Drainage District, etc., *et al.,* Appellees.

Appeal dismissed on motion of counsel for the respective parties.

*Kearley & Chapman,* for Appellant.

*Evans, Mershon & Sawyer,* for Appellees.

Lucile H. Lott, joined by her husband, Elmer W. Lott, Appellant, v. Northern Investment Corporation, a corporation, Appellee.

Appeal dismissed on motion of counsel for Appellant.

*S. E. Durrance,* for Appellant.

*Troy C. Musselwhite,* for Appellee.